Same case below, 575 F.3d 900.

**No. 09-625. LFP Publishing Group, LLC, dba Hustler Magazine, Petitioner v. Maureen Toffoloni, Administrator and Personal Representative of the Estate of Nancy E. Benoit.**

559 U.S. 988, 130 S. Ct. 1689, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1920.

March 1, 2010. Motion of The Reporters Committee for Freedom of the Press, et al. for leave to file a brief as amici curiae granted. Motion of First Amend-

ment Lawyers Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 625 F.3d 1201.